**Harriet L. HAYES, Appellant, v. AMERICAN SMELTING & REFINING COMPANY, Appellee, and American Electro-Thermic Smelting Corporation, Defendant.**

No. 396.

Circuit Court of Appeals, Second Circuit.

May 2, 1932.

David A. Buckley, Jr., of New York City (Harold G. Aron, of New York City, of counsel), for appellant.

Chadbourne, Stanchfield & Levy, of New York City (C. Frank Reavis, Jr., and Martin D. Jacobs, both of New York City, of counsel), for appellee.

Before L. HAND and CHASE, Circuit Judges.

PER CURIAM.

Judgment affirmed.

---

**In the MATTER of H. L. J. OIL COMPANY, Bankrupt.**

**Barbara E. STEWART et al., Appellants, v. E. A. LYNCH, Trustee, etc., Appellee.**

No. 6678.

Circuit Court of Appeals, Ninth Circuit.

May 23, 1932.

Frankley & Spray, L. W. Frankley, and Joseph A. Spray, all of Los Angeles, Cal., for appellants.

Raphael Dechter and A. L. Wirin, both of Los Angeles, Cal., for appellee.

Hy Schwartz and Joseph J. Rifkind, both of Los Angeles, Cal., amicus curiæ.

Before WILBUR and SAWTELLE, Circuit Judges, and NETERER, District Judge.

PER CURIAM.

Upon stipulation of counsel for respective parties, it is ordered the appeal herein be dismissed with prejudice and without costs; mandate forthwith.

---

**HOSFORD TRANSPORTATION COMPANY, a Corporation, Claimant of "G. K. WENTWORTH," Her Engines, etc., v. FAIRFIELD STEAMSHIP CORPORATION, a Corporation, et al.**

No. 6773.

Circuit Court of Appeals, Ninth Circuit.

May 19, 1932.

Platt, Platt, Fales, Smith & Black, of Portland, Or., for appellant.

Wood, Montague & Matthiessen, of Portland, Or., for appellees.

Before WILBUR and SAWTELLE, Circuit Judges, and NETERER, District Judge.

PER CURIAM.

Upon stipulation of proctors for respective parties. Ordered appeal dismissed; mandate forthwith.